# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

### NO. 03-11-00513-CR

**Abdul Hassain Shaw, Appellant**

**v.**

**The State of Texas, Appellee**

### FROM THE DISTRICT COURT OF BELL COUNTY, 264TH JUDICIAL DISTRICT
### NO. 67267, HONORABLE FANCY H. JEZEK, JUDGE PRESIDING

### M E M O R A N D U M   O P I N I O N

Abdul Hassain Shaw seeks to appeal from a judgment of conviction for aggravated assault with a deadly weapon with bodily injury. The trial court has certified that this is a plea bargain case and that Shaw has no right of appeal. The appeal is dismissed. *See* Tex. R. App. P. 25.2(a)(2), (d).

Jeff Rose, Justice

Before Justices Puryear, Rose and Goodwin

Dismissed

Filed: September 15, 2011

Do Not Publish